# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 13, 2019

**BY ECF/EMAIL**

The Honorable Judge John G. Koeltl
United States Courthouse
500 Pearl St.
New York, NY 10007

**RE:** **United States v. Jimmie Gilmore**
**19 Cr. 724**

Dear Judge Koeltl

I write on behalf of Mr. Jimmie Gilmore to withdraw his application for bail, filed on December 12, 2019. Notice of this withdrawal has been provided to Assistant United States Attorney Jun Xiang. Mr. Gilmore respectfully reserves his right to make a future bail application.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

SO ORDERED:

12/13/19

HONORABLE Koeltl
United States District Judge

cc: AUSA Jun Xiang (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 12·16·19