UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

**UNITED STATES OF AMERICA**

    - against -                     19-cr-724 (JGK)

**JIMMIE GILMORE,**                    <u>**ORDER**</u>

         **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The hearing on the defendant's motions, currently scheduled for April 23, 2020 at 10 A.M., is adjourned to **May 19, 2020 at 10 A.M.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 1, 2020**                        _____/s/ John G. Koeltl_____
                                                      **John G. Koeltl**
                                        **United States District Judge**