

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> All deadlines are suspended, except that the Court will hold a pretrial conference on June 9, 2020 at 4:30 P.M. The Court has already excluded time under the Speedy Trial Act until June 18, 2020.
> SO ORDERED.
>
> New York, NY           /s/ John G. Koeltl
> May 4, 2020            John G. Koeltl
>                        U.S.D.J.

Re:   **United States v. Jimmie Gilmore**, 19 Cr. 724 (JGK)

Dear Judge Koeltl:

The parties jointly submit this letter to respectfully seek adjournment of the trial and the pre-trial deadlines in this matter in light of the COVID-19 public health crisis.

Trial in this matter was scheduled to commence on June 18, 2020. On April 20, 2020, Chief Judge McMahon issued a Standing Order finding that juries presently cannot be empaneled due to the COVID-19 crisis and directing that "the conduct of jury trials in this district be and hereby is suspended until further order of the court." In re Coronavirus/COVID-19 Pandemic, 20 Misc. 197 (CM), Doc. No. 1 (the "Third Standing Order"). In light of the Third Standing Order, the parties jointly seek adjournment of the trial sine die until the Chief Judge directs that jury trials may resume. The parties further seek adjournment of the deadlines for Rule 404(b) notice, motions in limine, requests to charge, and proposed voir dire, until a new trial date can be set. (See Doc. No. 22.) The parties further propose that the final pre-trial conference scheduled for June 9, 2020, at 4:00 p.m., remain on the calendar as a regular pre-trial conference date.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
      Jun Xiang
      Assistant United States Attorney
      (212) 637-2289

**CC**
All Counsel (By ECF)