**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 8, 2020

**BY ECF**

Honorable John Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Court will set a new date for any suppression hearing at the conference on June 9, 2020. The conference on June 9, 2020 will be held at 10:00 AM instead of 4:30 PM.
> SO ORDERED.
>                                     /s/ John G. Koeltl
> New York, NY          John G. Koeltl
> May 11, 2020                U.S.D.J.

Re:   **United States v. Jimmie Gilmore,
      19 Cr. 724 (JGK)**

Dear Judge Koeltl:

I write with the consent of the government to request an adjournment of the suppression hearing in this matter in light of the COVID-19 public health crisis. The suppression hearing is currently scheduled for May 19, 2020. Given limitations on Mr. Gilmore's ability to participate in this hearing in person and prepare with counsel in advance of such a hearing, I request an adjournment until a date that the hearing can be safely held with parties and witnesses physically present. I propose that the parties be permitted to select a new date for the suppression hearing at the pretrial status conference scheduled for June 9, 2020, at 4:30 p.m.  As mentioned above, the government joins in this request.

Respectfully Submitted,

/s/Zawadi Baharanyi
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8735/ (912) 612-2753

Cc: AUSA Jun Xiang (by ECF)