**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────
**UNITED STATES OF AMERICA**

       - against -                                19-cr-724 (JGK)

**JIMMIE GILMORE,**                                <u>ORDER</u>

                **Defendant.**
─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The pretrial conference scheduled for June 17, 2020 at 12:00 PM is adjourned to June 19, 2020 at 9:00 AM. The conference will be held via telephone. The parties may access the conference by dialing (888)363-4749 or (215)446-3662 and entering access code 8140049.

    Defense counsel will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 8:45 AM); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

    Because a continuance is in the interest of justice, the Court prospectively excludes the time from today, **June 10, 2020,** until **June 19, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. The Court specifically notes that the two day continuance is required to schedule an available

teleconference slot to enable a teleconference with all parties.

This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:    New York, New York
          June 10, 2020**                    /s/ John G. Koeltl
                                        **John G. Koeltl
                                    United States District Judge**