**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

       **- against -**                        **19-cr-724 (JGK)**

**JIMMIE GILMORE,**                          **ORDER**

                **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

The Government should respond to the bail application by July 31, 2020 and the defendant may reply by August 4, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 24, 2020**

                                         /s/ John G. Koeltl
                                         **John G. Koeltl**
                             **United States District Judge**