

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2020

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Application granted. The Government's submissions are due by July 30, 2020. Responses and objections are due by August 7, 2020. SO ORDERED.
> New York, NY         /s/ John G. Koeltl
> July 28, 2020        John G. Koeltl, U.S.D.J.

      Re:    **United States v. Jimmie Gilmore**, 19 Cr. 724 (JGK)

Dear Judge Koeltl:

      With sincere apologies to the Court and to the defense, the Government writes respectfully to seek an extension of the deadlines for Rule 404(b) notice, proposed voir dire, proposed requests to charge, and motions in limine until Thursday, July 30, 2020. The undersigned inadvertently missed those deadlines due to a calendaring error and did not realize the mistake until late last night. The Government will of course consent to any additional time required by the defense to submit its objections and responses.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney for the
      Southern District of New York

      by:    /s/ Jun Xiang
          Jun Xiang
          Assistant United States Attorney
          (212) 637-2289

**CC (By ECF)**
Zawadi Baharanyi, Esq.
Jennifer Brown, Esq.