**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────
**UNITED STATES OF AMERICA**

        - against -                                                19-cr-724 (JGK)

**JIMMIE GILMORE,**                                                  ORDER

             **Defendant.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     The Court has received the Government's letter dated July 29, 2020, in which the Government requests that the Jury Administrator be permitted to speak with the attorneys in this case jointly to discuss records requested by defense counsel and information.

     The Jury Administrator has already participated in an extensive on-the-record explanation of the jury selection process in this District at which attorneys for the Government and the Federal Defenders were present. The discussion dealt with a specific case, United States v. Balde, 20-cr-281, as well as eight other cases, but the documents requested in this case are likely the same documents being requested in those cases. The attorneys in this case have access to the transcript of that proceeding and should be aware of the documents being produced in that case.

     It would not be appropriate to have an off-the-record telephone conversation between the counsel in this case and the Jury Administrator. Rather, the attorneys in this case should

consult with their colleagues in the Balde case and determine whether any other documents are being sought in this case, and why the documents being produced in the Balde case are not sufficient for defense needs in this case.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **July 30, 2020**                        /s/ John G. Koeltl
                                            **John G. Koeltl**
                                     **United States District Judge**