UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                19 cr 724 (JGK)

              -against-
                                                                **ORDER**

JIMMIE GILMORE,
                            Defendants.
-------------------------------------------------------------X

The Metropolitan Correctional Center (MCC) shall give the Court and the parties and

update on the defendant's medical condition and treatment.

The defendant shall have access to all discovery, and shall be able to review the

discovery for one hour per day.

The Government shall convey this order to the MCC.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        August 10, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020