**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

      - against -                              19-cr-724 (JGK)

**JIMMIE GILMORE,**                                <u>**ORDER**</u>

              Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The parties should advise the Court if they seek to have another set of the jury selection documents produced to them that are being produced in the <u>Balde</u> case or whether they will use the documents being produced in the <u>Balde</u> case.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 10, 2020**                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                     **United States District Judge**