**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                      **19 Cr. 724 (JGK)**

**Jimmie Gilmore**                                   **ORDER**

                **Defendant.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    I understand that the Jury Office has now responded to your request for records relating to the jury selection process for this case, with the exception of the production of vendor contracts that are kept by the District Executive's Office. If those records are sought, they should be requested directly from the District Executive's Office in accordance with Section 830 of the Guide to Judiciary Policy.

    **SO ORDERED.**

**Dated:    New York, New York**
            **August 21, 2020**              ____/s/ John G. Koeltl____
                                                  **John G. Koeltl**
                                     **United States District Judge**