**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                                 **19 Cr. 724 (JGK)**

**Jimmie Gilmore**                                                 <u>**ORDER**</u>

                        **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The trial date is adjourned to **January 11, 2021** at **9:00 a.m.** A final pre-trial conference will be held on **January 6, 2021** at **10:00 a.m.** The status conference on **September 11, 2020** is canceled. If the parties wish to have another conference, the parties should ask the Court for such an additional conference.

Because a continuance is needed to assure the effective assistance of counsel, for the defendant to review discovery and to consult with counsel, and for trial preparation, the Court prospectively excludes the time from today, **August 19, 2020,** until **January 11, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 19, 2020**                         ____/s/ John G. Koeltl____
                                                        **John G. Koeltl**
                                                 **United States District Judge**