UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

    - against -                                  19 Cr. 724 (JGK)

**JIMMIE GILMORE**                                          <u>ORDER</u>

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

In response to the Government's letter dated March 8, 2021, the Court rules as follows:

1. The March 11, 2021 conference is adjourned to March 26, 2021, at 12:00 p.m. In order to accommodate the use of large Courtrooms, the trial date is advanced to March 30, 2021 at 9:00 a.m. The parties are reminded that this is a firm trial date and the parties should be prepared to proceed to trial on that date.

2. The time for the parties to produce witness lists and <u>Giglio</u>/Jencks Act/Rule 26.2 material is March 17, 2021.

3. The additional jury material referred to by the Government may be produced immediately to the defense and used in response to the jury motion filed by the defense.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **March 9, 2021**                          /s/ John G. Koeltl
                                                          **John G. Koeltl**
                                                **United States District Judge**