UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————————

UNITED STATES OF AMERICA

        - against -               19 Cr. 724 (JGK)

JIMMIE GILMORE,               ORDER

                  Defendant.
—————————————————————————————

JOHN G. KOELTL, District Judge:

    The trial is adjourned to **October 18, 2021**.  The parties are directed to appear for a telephonic status conference on **March 26, 2021** at 9:00 a.m.  Dial-in: (888) 363-4749, with access code 8140049.

    Because a continuance is needed to assure the effective assistance of counsel, to allow for the appointment of new counsel, and to allow for newly appointed counsel to conduct the necessary trial preparation, the Court prospectively excludes the time from today, **March 17, 2021**, until **October 18, 2021**, from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
        March 17, 2021        /s/ John G. Koeltl
                         John G. Koeltl
                United States District Judge