UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                       19 cr 724 (JGK)

JIMMIE GILMORE,                                         **ORDER**

                        Defendant.
-----------------------------------------------------------X

        It is hereby ordered that Susan Marcus, Esq., be appointed as counsel for the defendant, Jimmie Gilmore, for all purposes. Zawadi Baharanyi, Esq., and the Federal Defenders of New York are hereby relieved as counsel for the defendant, in this matter.

**SO ORDERED.**



                                                  **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           March 17, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021