**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                               19 Cr. 724 (JGK)

**JIMMIE GILMORE,**                                   <u>ORDER</u>

                 **Defendant.**
--------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for another conference on May 24, 2021 at 9:00 a.m.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 29, 2021**        /s/ John G. Koeltl
                                           **John G. Koeltl**
                                 **United States District Judge**