Law Firm of
## Susan K Marcus LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 • F: 888-291-2078 • E: susan@skmarcuslaw.com

May 20, 2021

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   US v. Gilmore, 19-CR-724, 87144-054

Dear Judge Koeltl:

> ADJOURNED TO THURSDAY, JUNE 10, 2021, AT 10:30AM. THE DEFENDANT SHOULD BE ALLOWED AN HOUR A DAY TO REVIEW DISCOVERY
> SO ORDERED
> 5/21/21  /s/ John G. Koeltl
> USDJ

I write to request a two-week adjournment of the status conference. I require additional time to review discovery and meet with Mr. Gilmore at the MCC. AUSA Jun Xiang consents to this adjournment request.[1]

Also, the Court ordered the MCC to provide Mr. Gilmore with one-hour per day to review his discovery [Doc 59]. Mr. Gilmore has been denied access to his discovery for over six weeks. I wrote to the attorneys at the Bureau of Prisons on April 25, 2021, attaching the Court's prior Order, and have not received a response (I have written to them again today). I ask that the Court issue another Order to the Bureau of Prisons, that Mr. Gilmore be allowed one hour per day to review his discovery.

Thank you for your consideration of this request.

Sincerely,

*Susan K Marcus*

Susan K. Marcus, Esq.
Attorney for Mr. Jimmie Gilmore

---

[1] (I am unavailable June 7 and the morning of June 8, and have a sentencing in the Eastern District of New York on June 11 at 11am, but am otherwise available the week of June 7 or 14th, or as soon thereafter, at the Court's convenience).