UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -                          19 Cr. 724 (JGK)

JIMMIE GILMORE,                            ORDER

                Defendant.
---

JOHN G. KOELTL, District Judge:

    Any additional motions in limine, requests to charge, or voir dire are due July 26, 2021. Responses and replies due August 2, 2021.

    Any additional jury qualification motions are due September 10, 2021. Responses are due September 17, 2021. Replies are due September 22, 2021.

    The parties are directed to appear for another conference on October 8, 2021 at 10:30 a.m.

SO ORDERED.

Dated:    New York, New York
             June 14, 2021

                                              John G. Koeltl
                                  United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021
```