UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                           19 Cr. 724 (JGK)

JIMMIE GILMORE,                            ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

The Court requests that the Bureau of Prisons maintain Jimmie Gilmore in custody at the Metropolitan Correctional Center in Manhattan for purposes of review of discovery and trial preparation. The Government is directed to communicate this request to and cooperate with the Bureau of Prisons.

    SO ORDERED.

Dated:    New York, New York
            June 14, 2021

                                           John G. Koeltl
                                          United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021
```