UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -                           19 Cr. 724 (JGK)

JIMMIE GILMORE,                           ORDER

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The Government has moved in limine to exclude certain evidence. ECF No. 100. The defendant should respond by August 3, 2021. The Government may reply by August 6, 2021.

    SO ORDERED.

Dated:    New York, New York
          July 27, 2021

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021