UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                    19 Cr. 724 (JGK)

   - against -                                ORDER

JIMMIE GILMORE,

                     Defendant.

---

**JOHN G. KOELTL**, District Judge:

    The parties are directed to appear, via telephone, for oral argument regarding the Government's motion in limine, ECF No. 100, on **September 13, 2021, at 11:00 a.m.** Dial-in: (888) 363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            August 12, 2021

                                                  John G. Koeltl
                                         United States District Judge