UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JIMMIE GILMORE,

      Defendant.

---

19 Cr. 724 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 The defendant's request to coordinate his motion regarding the composition of the jury pool with the similar motion being pursued in United States v. Hossain, 19 Cr. 606, is **granted**. The Jury Administrator of the Southern District of New York is requested to provide the Government and the defendant in this case with copies of the jury materials produced to the Government and the defense in Hossain.

 The parties in this case may confer with their respective colleagues in Hossain. However, defense counsel should assure that there is no conflict before conferring with the Federal Defenders in Hossain.

 The defendant should submit his supplemental motion within seven days of the date when the jury materials are produced to the defendant's expert.

 The Government should submit its response within seven days of the defendant's motion.

The defendant may reply within five days of the Government's response.

The Clerk is directed to close Docket No. 108.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **September 10, 2021**

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge