Law Firm of
## Susan K Marcus, LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

January 7, 2022

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten note: ADJOURNED TO TUESDAY, MARCH 22, 2022, AT 12:00PM. SO ORDERED. /s/ JGK USDJ]*

Re:   *US v. Gilmore*, 19-cr-724

Dear Judge Koeltl:

Mr. Gilmore requests an adjournment of his sentencing, currently scheduled for January 21, 2022. MDC Brooklyn has been on lockdown since the last week of December, and we have been unable to review the PSR with him (the draft report was filed December 21, 2021). Phone calls and video calls have also been limited and difficult to schedule. We request an adjournment to either February 28 or March 1 if the Court's schedule permits, or else sometime between March 14 and March 22, 2022. AUSA Jun Xiang consents to the adjournment.

Thank you for your consideration of this request.

Sincerely,

*/s/ Susan K Marcus*

Susan K. Marcus, Esq.
Attorney for Jimmie Gilmore