Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

March 2, 2022

VIA ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
Sentencing is adjourned to April 22, 2022, at
12:00 p.m. SO ORDERED.

New York, New York     /s/ John G. Koeltl
March 7, 2022          John G. Koeltl, U.S.D.J.
```

In re: *United States v. Jimmie Gilmore*, 19 Cr. 724 (JGK)

Dear Judge Koeltl:

I am currently on trial, I anticipate that the trial may extend through the current date of Mr. Gilmore's sentencing. Further, I am also still awaiting additional records that are important for his sentencing presentation.

I therefore request an approximate 30-day adjournment, to a date convenient for the Court. AUSA Jun Xiang consents to the adjournment.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus. Esq.
Attorney for Jimmie Gilmore