UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-                                          19 cr 724 (JGK)

JIMMIE GILMORE,                                                     **ORDER**
                           Defendant.
-----------------------------------------------------------------X

A evidentiary sentencing hearing will be scheduled for **Tuesday, June 29, 2022, at 9:30am.**

**SO ORDERED.**

                                                                      _____
                                                                      **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          May 10, 2022