Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ♦ F: 888-291-2078 ♦ E: susan@skmarcuslaw.com

May 16, 2022

VIA ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

In re: *United States v. Jimmie Gilmore*, 19 Cr. 724 (JGK)

Dear Judge Koeltl:

Mr. Gilmore's sentencing is currently scheduled for June 29, 2022. Mr. Gilmore requested that portions of the presentence report ("PSR") be stricken that describe a robbery that Mr. Gilmore did not plead guilty to, and about which he maintains his innocence. The government informed the Court today that it will not object to Mr. Gilmore's request to strike those portions of the PSR relating to that robbery, and that there is no need for a *Fatico* hearing.

Mr. Gilmore requests that the Court reschedule his sentencing to an earlier date, preferably June 6, 7 or 8, 2022, at a time convenient for the Court. AUSA Jun Xiang is available on those dates.

Thank you for your consideration of this request.

Sincerely,

*/s/ S K Marcus*

Susan K. Marcus. Esq.
Attorney for Jimmie Gilmore

---

*The motion to strike the portions of the Pre-Sentence Report objected to by the Defendant relating to Robbery 1 is granted. The Fatico hearing is cancelled. Sentencing hearing set for June 14, 2022 at 4:30 P.M. So ordered.*

*5/18/22     John G. Koeltl / U.S.D.J.*