UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

19 cr 724 (JGK)

JIMMIE GILMORE,

Defendant.
------------------------------------------------------------X

It is hereby ordered that Lance A. Clarke, Esq., of Hamilton Clarke LLP is appointed as counsel for the above-named defendant, for all purposes, replacing Susan K. Marcus, Esq.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 7, 2026